UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 1, 2014

MEMO TO COUNSEL RE: Pellegrino Food Products Co., Inc. v. Eat Good
Do Good, et al.
Civil No. JFM-14-193

Dear Counsel:

     I have reviewed the memoranda submitted in connection with the various pending motions in this case. Defendants' motion to stay the motion for preliminary injunction (document 11) is granted. I will defer ruling upon the other motions. I am persuaded that because the Virginia action was filed first, the Virginia court should be the court to decide the issues you have raised.

     Please provide me with a report on the status of the case as soon as the Virginia court has ruled.

     Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge